## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| AHMED TERDJEMANENEA, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | File No. 1:07-CV-234 |
| | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, | : | |
| Defendant | : | |

## ORDER OF DISMISSAL

Pursuant to the Court's Order of November 2, 2007 (Paper 3), plaintiff's motion to proceed *in forma pauperis* was granted and he was given 30 days leave to file an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure.  Failure to do so would result in the dismissal of his case.

To date, an amended complaint has not been filed.  Accordingly, because of his failure to file an amended complaint, the plaintiff's case is hereby DISMISSED without prejudice.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 22nd day of January, 2008.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge